IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA BARNES, | |
| Plaintiff, | 8:15-CV-469 |
| vs. | JUDGMENT |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, a corporation, | |
| Defendant. | |

On the parties' joint Stipulation for Dismissal (filing 26), this action is dismissed with prejudice, each party to pay its own costs and attorney fees.

Dated this 16th day of September, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge